**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:16-cv-02213-MEH

ERIC VOTH, Individually and on Behalf of All Others Similarly Situated,
STEPHEN LEMAY, Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

v.

ENVISION HEALTHCARE HOLDINGS, INC.,
WILLIAM A. SANGER,
MICHAEL L. SMITH,
RONALD A. WILLIAMS,
CAROL J. BURT,
LEONARD M. RIGGS, JR.,
RICHARD J. SCHNALL,
MARK V. MACTAS,
JAMES D. SHELTON,
AMSURG CORPORATION, and
NEW AMETHYST CORPORATION,

Defendants.

---

**UNOPPOSED MOTION TO DISMISS PLAINTIFFS' CLAIMS WITH PREJUDICE, EXCEPT WITH RESPECT TO PLAINTIFFS' COUNSEL'S ANTICIPATED APPLICATION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES**

---

Plaintiffs move the Court to dismiss each of their claims with prejudice as to them, and without prejudice as to any other putative class member, with the Court retaining jurisdiction over Plaintiffs' counsel's anticipated application for an award of attorneys' fees and expenses. A proposed order is filed herewith.

Pursuant to D.C.COLO.LCivR 7.1, Plaintiffs' counsel has conferred with David B. Wilson, counsel for defendants Envision Healthcare Holdings, Inc., Sanger, Smith, Williams, Burt, Riggs, Schnall, Mactas, and Shelton, and Matthew J. Smith, counsel for defendants

Amsurg and New Amethyst, who confirm that Defendants do not oppose the relief requested herein.

In support of this motion, Plaintiffs state as follows:

1. On June 15, 2016, Envision Healthcare Holdings, Inc. ("Envision" or the "Company") and AmSurg Corp. ("AmSurg") announced that they had entered into an Agreement and Plan of Merger, dated as of June 15, 2016, among Envision, AmSurg, and New Amethyst Corp. ("Merger Sub") (the "Merger Agreement"), pursuant to which Envision and AmSurg would combine through sequential mergers into Merger Sub, which would then be renamed Envision Healthcare Corporation ("New Envision"), with Envision stockholders receiving 0.334 shares of New Envision common stock per share of Envision common stock and stockholders of AmSurg receiving one share of New Envision common stock per share of AmSurg common stock (the "Proposed Transaction").

2. On August 4, 2016, Merger Sub filed a preliminary joint proxy statement/prospectus as part of a Form S-4 Registration Statement with the United States Securities and Exchange Commission ("SEC") which, among other things, (i) summarized the Merger Agreement, (ii) provided an account of the events leading up to the execution of the Merger Agreement, (iii) stated that the Envision's board of directors determined that the Proposed Transaction was in the best interests of Envision's stockholders and recommended the Proposed Transaction, and (iv) summarized the valuation analyses and fairness opinion by Barclays Capital, Inc. ("Barclays"), the financial advisor to Envision;

3. On August 31, 2016, plaintiff Eric Voth filed a purported class action lawsuit in this Court, on behalf of himself and other public stockholders of Envision, challenging

the adequacy of the disclosures related to the Proposed Transaction, captioned: *Voth v. Envision Healthcare Holdings, Inc., et al.*, Case No. 1:16-cv-02213 (the "Voth Action").

4. On September 8, 2016, plaintiff Stephen LeMay filed a purported class action lawsuit in this Court, on behalf of himself and other public stockholders of Envision, challenging the adequacy of the disclosures related to the Proposed Transaction, captioned: *LeMay v. Envision Healthcare Holdings, Inc., et al.*, Case No. 1:16-cv-02265 (the "LeMay Action").

5. These lawsuits allege that defendants Envision, William A. Sanger, Michael L. Smith, Ronald A. Williams, Carol J. Burt, Leonard M. Riggs, Jr., Richard J. Schnall, Mark V. Mactas, James D. Shelton, Amsurg Corp., and New Amethyst Corp. (collectively, the "Defendants") committed disclosure violations under Sections 14(a) and 20(a) of the Securities and Exchange Act of 1934 (the "Exchange Act"), and Rule 14a-9 promulgated thereunder.

6. On September 15, 2016, Merger Sub filed Amendment No. 1 to the Registration Statement (including a revised preliminary joint proxy statement/prospectus) including additional information.

7. On September 30, 2016, plaintiff Voth moved the Court for expedited discovery in contemplation of a motion for a preliminary injunction to enjoin the stockholder vote unless and until the Defendants publicly disclosed additional information allegedly omitted from the Proxy Statement (the "Motion to Expedite").

8. On October 7, 2016, Merger Sub filed Amendment No. 2 to the Registration Statement (including a revised preliminary joint proxy statement/prospectus) including additional information.

9. On October 20, 2016, plaintiff Voth withdrew his Motion to Expedite, which the Court denied as moot on October 21, 2016.

10. On October 21, 2016, Envision and AmSurg filed their definitive proxy statement with the SEC (as part of Merger Sub's Form S-4 Registration Statement) which, among other things, (i) summarized the Merger Agreement, (ii) provided an account of the events leading up to the execution of the Merger Agreement, (iii) stated that the Envision board of directors determined that the Proposed Transaction was in the best interests of Envision's stockholders and recommended the Proposed Transaction, (iv) summarized the valuation analyses and fairness opinion by Barclays, the financial advisor to Envision; and (v) announced a shareholder meeting for November 28, 2016 to vote on the Proposed Transaction (the "Definitive Proxy").

11. On November 15, 2016, the Court granted an Order of Consolidation, consolidating the *Voth and Lemay* actions into a single consolidated action (collectively, the "Action");

12. Plaintiffs Voth and Lemay each agree that as a result of the filing of the Definitive Proxy, the disclosure issues related to the Proposed Transaction identified in their complaints have become moot.

13. On November 28, 2016, the Envision stockholders met and voted to approve the Proposed Transaction.

14. On December 1, 2016, the Proposed Transaction was consummated;

15. Accordingly:

a. Plaintiffs Voth and Lemay hereby agree to voluntarily dismiss the Action, with prejudice as to each of them, and without prejudice as to any other putative class member.

b. Plaintiffs assert that Plaintiffs caused Defendants to issue additional disclosures in amendments to the Registration Statement in response to this Action and the efforts of Plaintiffs' counsel to prosecute class claims, and Plaintiffs therefore assert that their counsel are entitled to a fee and expense award.

c. Defendants deny that Plaintiffs' counsel are entitled to a fee and expense award.

d. The Court should retain jurisdiction over the parties in the Action solely for purposes of further proceedings related to the adjudication of Plaintiffs' anticipated motion for an award of attorneys' fees and expenses.

16. Plaintiffs ask the Court to enter the proposed order filed herewith.

Dated: January 5, 2017

*/s/ Rusty E. Glenn*

Rusty E. Glenn
THE SHUMAN LAW FIRM
600 17th Street, Suite 2800 South
Denver, CO 80202
Tel.: (303) 861-3003
Fax: (303) 536-7849

Kip B. Shuman
THE SHUMAN LAW FIRM
Post-Montgomery Ctr.
One Montgomery Street, Ste. 1800
San Francisco, CA 94104
Tel.: (303) 861-3003
Fax: (303) 536-7849

*Local Counsel for Plaintiffs Voth and*

*LeMay*

Donald J. Enright
Elizabeth Tripodi
LEVI & KORSINSKY, LLP
1101 30th Street, N.W., Suite 115
Washington, DC 20007
Telephone: (202) 524-4290

*Counsel for Plaintiff Eric Voth*

Seth D. Rigrodsky
Brian D. Long
Gina M. Serra
Jeremy J. Riley
RIGRODSKY & LONG, P.A.
2 Righter Parkway, Suite 120
Wilmington, DE 19803
Telephone: (302) 295-5310

Katharine M. Ryan
Richard A. Maniskas
RYAN & MANISKAS, LLP
995 Old Eagle School Road, Suite 311
Wayne, PA 19087
Telephone: (484) 588-5516

*Counsel for Plaintiff Stephen Lemay*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 5, 2017, I caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the all registered participants.

*/s/ Rusty E. Glenn*
Rusty E. Glenn